UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Mimi Allmon v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10614-DRH |
| *Farryl Beach, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10600-DRH |
| *Laura Beaudry v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-11476-DRH |
| *Vicki Brandon, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10574-DRH |
| *Carla Davis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-13415-DRH |
| *Denise Dome, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11695-DRH |
| *Kimberly Janosko v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13687-DRH |
| *Jaimy Lee v. Bayer HealthCare Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10642-DRH |
| *Catherine Martel v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12167-DRH |
| *Delilah May, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10516-DRH |
| *Caroline Reich v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10372-DRH |

| | |
|---|---|
| *Diana Smith, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10643-DRH |
| *Casey Spotswood v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12165-DRH |
| *Amy Stevens v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10601-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 8, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
Deputy Clerk

Dated: August 9, 2013

APPROVED:
Digitally signed by David R. Herndon
Date: 2013.08.09 09:15:36 -05'00'
CHIEF JUDGE
U. S. DISTRICT COURT

2